UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNELL SAWYER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:15-cv-01541-SEB-DML |
| DAVID P. MATTHEWS, *et al.* | ) |
| Defendants. | ) |

## Order Approving and Adopting Report and Recommendation on Defendants' Motion to Dismiss

On July 29, 2016, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 36) on defendants David Matthews, Lizzy Santiago, Matthews & Associates, and Julie Rhoades's motion to dismiss. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 36) and being duly advised, now APPROVES and ADOPTS it. Defendants David Matthews, Lizzy Santiago, Matthews & Associates, and Julie Rhoades's motion to dismiss (Dkt. 17) is therefore DENIED as provided in the Report and Recommendation and this Order.

IT IS SO ORDERED.

Date:  8/22/2016

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via first-class U.S. mail:

**DONNELL SAWYER**
1909 Tee Dee Street
Raleigh, NC 27610

**LIZZY SANTIAGO**
**JULIE RHOADES**
2905 Sackett Street
Houston, TX 77098