UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNELL SAWYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-01541-SEB-DML |
| ) | |
| DAVID P. MATTHEWS, ) | |
| LIZZY SANTIAGO, ) | |
| JULIE RHOADES, ) | |
| MATTHEWS & ASSOCIATES, ) | |
| WILLIAM N. RILEY, ) | |
| JAMIE R. KENDALL, ) | |
| PRICE WAICUKOUSKI & RILEY, LLC an ) | |
| Indiana Limited Liability Company, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The motions for Judgment on the Pleadings are DENIED.

Date: 1/11/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DONNELL SAWYER
1909 Tee Dee Street
Raleigh, NC 27610

JULIE RHOADES
2905 Sackett Street
Houston, TX 77098

LIZZY SANTIAGO
2905 Sackett Street
Houston, TX 77098

David P. Matthews
MATTHEWS & ASSOCIATES
matthewsivc@thematthewslawfirm.com

Joseph N. Williams
RILEY WILLIAMS & PIATT, LLC
jwilliams@rwp-law.com

Briane M. House
SKILES DETRUDE
bhouse@skilesdetrude.com